**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN FREDERICK WHEELER, | 1:11cv01270 LJO DLB |
| Plaintiff, | |
| | ORDER TRANSFERRING ACTION |
| | TO BAKERSFIELD DIVISION |
| vs. | |
| BANK OF AMERICA, | |
| Defendant. | |
| _____/ | |

Proper venue of this action appears to be within the Bakersfield division of this Court. Accordingly, this Court ORDERS that this action be transferred to the United States District Court for the Eastern District of California, Bakersfield Division, pursuant to Local Rule 120.

IT IS SO ORDERED.

Dated:   **August 3, 2011**          _____/s/ **Dennis L. Beck**_____
                                UNITED STATES MAGISTRATE JUDGE

1