IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FREDERICK WHEELER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:11-cv-01270 LJO JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 14) |

Plaintiff is proceeding pro se with a civil action against Defendant, Bank of America. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 302.

On December 14, 2011, the assigned Magistrate Judge issued findings and recommendations, ("F&R"), recommending that this case be dismissed with prejudice and providing Plaintiff fourteen (14) days with which to file objections to the F&R. (Doc. 14.) Due to a delay in Plaintiff being served the F&R, on January 9, 2012, the Court granted Plaintiff additional time with which to file objections. (Doc. 18.) On January 24, 2012, Plaintiff filed objections to the F&R. (Doc. 19.)

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file including Plaintiff's filed objections, the Court finds that the findings and recommendations issued by the assigned Magistrate Judge are supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations of the assigned Magistrate Judge filed December 14, 2011 (Doc. 14), are **ADOPTED** in full; and
2. This action is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

**Dated:　　January 25, 2012　　　　　　　　　／s／ Lawrence J. O'Neill**

1                                     <u>UNITED STATES DISTRICT JUDGE</u>

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28