1                 IN THE UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF CALIFORNIA

3

4 JOHN FREDERICK WHEELER,          Case No. 1:11-cv-01270 LJO JLT

5         Plaintiff,            ORDER ADOPTING FINDINGS AND
                                 RECOMMENDATIONS

6      v.

7 BANK OF AMERICA,               (Doc. 14)

8         Defendant.

9 _____/

10        Plaintiff is proceeding pro se with a civil action against Defendant, Bank of America.  This

11 matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and Local

12 Rule 302.

13        On December 14, 2011, the assigned Magistrate Judge issued findings and recommendations,

14 ("F&R"), recommending that this case be dismissed with prejudice and providing Plaintiff fourteen (14)

15 days with which to file objections to the F&R.  (Doc. 14.)  Due to a delay in Plaintiff being served the

16 F&R, on January 9, 2012, the Court granted Plaintiff additional time with which to file objections.  (Doc.

17 18.)  On January 24, 2012, Plaintiff filed objections to the F&R.  (Doc. 19.)

18        In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a <u>de novo</u> review of this

19 case.  Having carefully reviewed the entire file including Plaintiff's filed objections, the Court finds that

20 the findings and recommendations issued by the assigned Magistrate Judge are supported by the record

21 and proper analysis.

22        Accordingly, **IT IS HEREBY ORDERED** that:

23        1.     The findings and recommendations of the assigned Magistrate Judge filed December 14,

24             2011 (Doc. 14), are **ADOPTED** in full; and

25        2.     This action is **DISMISSED WITH PREJUDICE**.

26

27 <u>IT IS SO ORDERED.</u>

28 **Dated:     January 25, 2012**          _____**/s/ Lawrence J. O'Neill**_____

1                                    UNITED STATES DISTRICT JUDGE