IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FREDERICK WHEELER,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA,<br><br>    Defendant.<br>_____ / | Case No. 1:11-cv-01270 LJO JLT<br><br>ORDER DENYING PLAINTIFF'S MOTION TO FILE THIRD AMENDED COMPLAINT<br><br>(Doc. 20) |

Plaintiff is proceeding pro se with a civil action against Defendant, Bank of America. Pending before the Court is Plaintiff's motion to file a third amended complaint.

The District Court adopted the findings and recommendations of the Magistrate Judge and the action was closed on January 25, 2012. (Doc. 22.) The dismissal was based on a lack of federal jurisdiction to hear Plaintiff's claims. (Doc. 14 at 4-8.)

On January 24, 2012, with the findings and recommendations pending, Plaintiff filed a motion to file a third amended complaint. (Doc. 20.) Petitioner sole argument in support of his motion is that the third amended complaint is needed for further clarification. (Id.) The Court previously determined that Plaintiff would not be granted leave to amend because it was "apparent that the deficiencies identified . . . [could] not be cured." (Doc. 14 at 8.) As expected, Plaintiff's third amended complaint did not adequately address the deficiencies previously identified by the Court.

Accordingly, **IT IS HEREBY ORDERED** that:

1

1.     Plaintiff's motion to file a third amended complaint (Doc. 20), is **DENIED**;

2.     Plaintiff's Third Amended Complaint (Doc. 21), will be **DISREGARDED.**

IT IS SO ORDERED.

Dated:   **January 26, 2012**                              **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE